```
UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF OHIO
         WESTERN DIVISION
```

GLENDA A. SMITH,          :   NO. 1:13-CV-00915
                          :
    Plaintiff,        :
                          :   **ORDER**
  v.                      :
                          :
CITY OF WYOMING, et al.,  :
                          :
    Defendants.       :


This matter is before the Court on the Magistrate Judge's May 6, 2014 Report and Recommendation, in which she recommended that Defendants' motion to dismiss be denied as moot (doc. 19). No Objection has been filed.

Proper notice was provided to the Parties under Title 28 U.S.C. § 636(b)(1)(C), including the notice that they would waive further appeal if they failed to file an objection to the Magistrate Judge's Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).

Having reviewed this matter de novo, pursuant to Title 28 U.S.C. § 636, the Court concludes that the Magistrate Judge's Report and Recommendation is correct. Accordingly, the Court ADOPTS and AFFIRMS the Report and Recommendation (doc. 19) and DENIES Defendants' motion to dismiss (doc. 10) as moot.

    SO ORDERED.

Dated: June 3, 2014        s/S. Arthur Spiegel
                                         S. Arthur Spiegel
                                         United States Senior District Judge